**Opinion filed January 26, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00341-CV

_____

## LUIS AUGUSTO DIAZ, Appellant

## V.

## PROGRESSIVE COUNTY MUTUAL INS. CO., Appellee

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. CC18526**

### M E M O R A N D U M   O P I N I O N

Luis Augusto Diaz filed a notice of appeal on November 30, 2016. When the appeal was filed, the clerk of this court requested that Appellant forward the $205 filing fee, an amended notice of appeal, and a docketing statement to this court on or before December 12, 2016. We notified Appellant by letter dated January 3, 2017, that all three of these items were past due. In that letter, we informed Appellant that "*this appeal may be dismissed*" if this court had not received these items by

January 10, 2017. As of this date, Appellant has not remitted the filing fee, an amended notice of appeal, or the docketing statement.

Because Appellant has failed to pay the required filing fee in this appeal and has failed to comply with this court's directives, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

PER CURIAM

January 26, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2